UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PAT GLENN FENNER<br><br>VS.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY | CIVIL ACTION NO.<br>3:24-cv-610<br><br>(JURY) |

### DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES JUDGE:

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 Defendant, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, gives notice and hereby removes this action from the County Court at Law No. 1 Court of Dallas County, Texas, to the United States District Court for the Northern District of Texas, Dallas Division, and in support thereof would show unto the Court the following:

### I. INTRODUCTION

1. On August 7, 2023, Plaintiff, PAT GLENN FENNER (hereinafter "Plaintiff"), filed Plaintiff's Original Petition (hereinafter "Petition") in Dallas County, Texas, under Cause No. CC-23-05050-A; *Fenner vs. Coleman & Allstate;* in the County Court at Law No. 1 of Dallas County, Texas. (the "State Court Action").

2. Plaintiff's lawsuit concerns a motor vehicle accident that occurred on or about March 3, 2023. Plaintiff's petition asserts claims for uninsured motorist coverage related to damages from the above-referenced motor vehicle accident for past and future medical

expenses, physical pain, mental anguish, impairment, disfigurement, and loss of earning capacity.

3. Defendant timely files this notice of removal within the 30-day timeframe dictated by 28 U.S.C. §1446(b)(3) and within the 1-year timeframe dictated by 28 U.S.C. §1446(c)(1). Specifically, the "other paper" that Defendant received is an order of dismissal dismissing Codefendant TAMARRLA ALEXUS COLEMAN dated March 4, 2024. After the order dismissed Codefendant Coleman, the remaining parties became completely diverse and Defendant is filing this removal within 30 days of the receipt of this order.

## II. PROCEDURAL REQUIREMENTS

4. Venue is proper in the United States District Court for the Northern District of Texas, Dallas Division, because the State Court Action is pending within this district and division. *See* 28 U.S.C. §1441(a); *Also see* 28 USC §124(a)(1).

5. Pursuant to LR 81.1, attached hereto as **Exhibit A** is an Index of Matters. Pursuant to 28 U.S.C. §1446(a), attached hereto as **Exhibit B and C** and incorporated by reference is a true and correct copy of the docket sheet and all documents filed of record with the court in the State Court Action including all process, pleadings, and orders served that were available for download from that court's website.

6. Simultaneously with the filing of this *Notice of Removal*, Defendant is filing notice of the removal in the State Court Action pursuant to 28 U.S.C. §1446(a), which is attached hereto as **Exhibit D**, and will provide written notice of the filing of this *Notice of Removal* to all parties as required by 28 U.S.C. §1446(a).

7. Included in this filing is Defendant's *Disclosure Statement and Certificate of Interested Parties* pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, **Exhibit E**.

8. Also included in this filing is a List of All Counsel of Record, **Exhibit F**.

### III. BASIS FOR REMOVAL

9. Removal is proper in this case due to complete diversity.

10. This Court has diversity jurisdiction under 28 U.S.C. §§1332(a). Where there is complete diversity among parties and the amount in controversy exceeds $75,000.00, an action may be removed to federal court.

**A. Diversity**

11. Plaintiff is a citizen of, and domiciled in, the state of Texas.

12. Defendant is a corporation incorporated under the Illinois Insurance Code and its principal place of business is in Illinois.

13. Codefendant Coleman was dismissed from this lawsuit on 3-4-2024. Therefore, the remaining parties are completely diverse.

**B. Amount in Controversy**

14. The Plaintiff's state court petition declares that Plaintiff is seeking damages in excess of $250,000.00, but less than $1,000,000.00.

15. Accordingly, the amount in controversy meets and exceeds the federal jurisdictional minimum of $75,000.00.

### IV. PRAYER

WHEREFORE, Defendant removes the State Court Action from County Court at Law No. 1 Court of Dallas County, Texas to the United States District Court for the Northern District of Texas, Dallas Division, so that this Court may assume jurisdiction over the cause as provided by law.

Respectfully submitted,

LAW OFFICES OF SAPNA PERERA

*[signature: Young Jenkins]*

**YOUNG C. JENKINS**
TBN:  24034505

P.O. Box 224566
Dallas, TX  75222
young.jenkins@allstate.com
E-Service Only:  DallasLegal@allstate.com
(214) 659-4346
(877) 678-4763 (fax)

ATTORNEY FOR DEFENDANT(S)
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served in compliance with the Federal Rules of Civil Procedure to all Counsel of Record on March 12, 2024.

*[signature: Young Jenkins]*

**YOUNG C. JENKINS**