UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAT GLENN FENNER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-0610-X |
| | § | |
| ALLSTATE FIRE AND CASUALTY | § | |
| INSURANCE COMPANY and | § | |
| TAMARRIA ALEXUS COLEMAN, | § | |
| | § | |
| *Defendants.* | § | |

## DISMISSAL ORDER

In accordance with this Court's prior order (Doc. 8), the Court **DISMISSES**

**WITHOUT PREJUDICE** all claims by all parties in this case. Each party will bear

its own attorney fees and costs.

**IT IS SO ORDERED** this 22nd day of May, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1